Hand Delivered

**The United States District Court**
**Western District of North Carolina**

Patricia Hollis

V                                                                 **23-CV-00153**

Lakeview Loan Care LLC DBA
Dave Worall

### Objection to Motion to Dismissal

I've object to the defendant convenient dismissal request after asking for more time to continue unscrupulous behavior and more business malpractice. For this matter has been damaging for far to long and since the court at this level is allowing this charades I am now requesting everyone jurisdiction be made clear and every oath taken hear ye hear ye I am binding you to your oath and the constitution of this great land! Not in fiction Al marine time but on land in the living flesh. All documents sent prior to the defendant request to dismiss were terminated when the defendant decided to reverse the order. Let the record show that there is no other addresses on record or file and he clearly works there because an employed team member accepted both times. Both of lawful age and both assigned to accept the defendant corporation mail. I'm requesting proof where the defendant works since he's claiming conveniently again that the address is incorrect. How is the name incorrect if the matter is currently being discussed with the correct CEO. More moot accusations and false statements.

In hope that this current acting CEO Dave Worrell defended stop alluding responsibility for the damages he caused and make me aware of where of which exact location he wants to be served at I will successfully serve him and his staff a third time. Which shouldn't be necessary,

but the rules obviously don't apply to everyone.  Furthermore the defendant misconduct, and lack of a properly maintained registered agents was negligent on his and his corporation behalf, the law was not violated, he was served properly in the correct name and at the defendant request reserved knowing fact he was served properly he is simply trying to delay the lawful process and allude responsibility which is why his defense keeps changing making all his claims moot and ridiculous because is the defendant Dave Worell acting CEO or not? Let the record also show that defendant intentionally withheld and delayed time stamped mail of his order separate from his response sent certified Mail to shorten our response time. This unscrupulous behavior is a breach of legal procedure and is an constitute an unethical delay tactic of proper due process.

Lastly when is this court going to start acting as a neutral party upholding their oath and constitution and settle this ongoing matter in Equity with remedy, accountability, and relief at the living natural request of Patricia Hollis.

## Conclusion

For the following reasons, Patricia Hollis Objects to dismissal of Default Entry and Dismissal of Complaint.

Patricia Hollis, Pro Se

## CERTIFICATE OF SERVICE

The undersigned herby certifies that he has served true copies in District Court on all parties to this proceeding by first-class mail, postage prepaid, in the depository through the United States Postal Service on 10/17/2025.

Patricia Hollis

### Served To

Matthew H. Sommer
Dinsmore & Shohl LLP
191 West Nationwide Boulevard
Suite 200
Columbus, Ohio 43215