IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

FILED
CHARLOTTE, NC

DEC 08 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

Patricia Hollis
    Plaintiff,

V

Case No: 3:23-CV-00153

Dave Worell dba Lakeview Loan Services LLC
    Defendant,

## SUPPORTING DOCUMENTS

Exhibit A is the continued billing harassment being sent through the mail. Exhibit B is the attempt to take property due to a debt they have yet proved is owed or documentation that they have a right to collect.

Respectfully Submitted,

Patricia Hollis, Pro Se

## CERTIFICATE OF SERVICE

The undersigned herby certifies that he has served true copies in District Court on all parties to this proceeding by first-class mail, postage prepaid, in the depository through the United States Postal Service on 12/09/2025.

Patricia Hollis

**Served To**

Matthew H. Sommer
Dinsmore & Shohl LLP
191 West Nationwide Boulevard
Suite 200
Columbus, Ohio 43215