FILED
CHARLOTTE, NC

DEC 17 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

Patricia Hollis
    Plaintiff,

V                             Case No: 3:23-CV-00153

Dave Worell dba Lakeview Loan Services LLC
    Defendant,

## SUPPORTING DOCUMENTS

Exhibit C Pic/ Video Evidence of Continue Harassment.

Respectfully Submitted,

Patricia Hollis, Pro Se

## CERTIFICATE OF SERVICE

The undersigned herby certifies that he has served true copies in District Court on all parties to this proceeding by first-class mail, postage prepaid, in the depository through the United States Postal Service on 12/16/2025.

Patricia Hollis

## Served To

Matthew H. Sommer
Dinsmore & Shohl LLP
191 West Nationwide Boulevard
Suite 200
Columbus, Ohio 43215