# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | | |
|---|---|---|
| **Patricia Hollis,** | ) | Case No: 3:23-CV-00153-RJC-DCK |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge: Robert J. Conrad, Jr. |
| v. | ) | |
| | ) | Magistrate Judge: David Keesler |
| **Lakeview Loan Care LLC DBA Dave Worrall,** | ) | |
| | ) | |
| Defendant. | ) | |

---

## LAKEVIEW LOAN SERVICING, LLC & LOANCARE, LLC'S
## REPLY IN SUPPORT OF ITS MOTION TO DISMISS COMPLAINT

---

Plaintiff Patricia Hollis ("Plaintiff") did not cure any of the expressly described defects set forth in LoanCare, LLC ("LoanCare") or Lakeview Loan Servicing, LLC's ("Lakeview") Motion to Vacate Entry of Default and Dismiss Complaint, [Doc. No. 7], this Court's August 22, 2025 Order ("Order"), [Doc. No. 12], or LoanCare and Lakeview's October 2, 2025 Motion to Dismiss, [Doc. No. 14]. Despite the opportunity and clear instruction from this Court regarding the requirements to establish jurisdiction, Plaintiff again filed her Complaint against a nonexistent entity—"Lakeview Loan Care LLC DBA Dave Worrall"—and again attempted service at the same location and in the same manner that was deemed ineffective by this Court. Neither Plaintiff's October 17, 2025 Objection to Motion to Dismiss, nor her Supporting Documents, respond to any of Lakeview or LoanCare's arguments and they do not correct the requirements for establishing jurisdiction or to set forth a cognizable claim under federal law.

Lakeview and LoanCare's Motion to Dismiss asserts three bases upon which this Court must dismiss Plaintiff's Complain: (1) insufficient process under Fed. R. Civ. P. 12(b)(4); (2)

insufficient service of process under Fed. R. Civ. P. 12(b)(5); and failure to state a claim under Fed. R. Civ. P. 12(b)(6). Plaintiff's Complaint remains as against a nonexistent entity against whom no relief may be sought. This failure prevents any defendant from knowing against whom Plaintiff's allegation are brought. Plaintiff does not provide any clarity in her Objection to Motion to Dismiss and did not provide any corrections in her attempts to perfect service. This alone is an appropriate reason to dismiss Plaintiff's Complaint.

Dismissal is also appropriate under Fed. R. Civ. P. 12(b)(5) because Plaintiff did not properly serve either Lakeview or LoanCare. Plaintiff requests that Lakeview and LoanCare "make [her] aware of where of which exact location [Mr. Worrell] wants to be served," however, it is not Lakeview or LoanCare's obligation to do so and nor has Mr. Worrell been named a defendant in his individual capacity. It is unclear what Plaintiff is asserting or requesting in her Objection.

Plaintiff has entirely failed to address the substantive shortfalls of her Complaint required to state a claim upon which relief may be granted. This failure requires dismissal pursuant to Fed. R. Civ. P. 12(b)(6). Nothing in her Complaint, Objections, or Supporting Documents assert allegations that form the basis for a federal claim. Thus, even if Plaintiff had complied with the process and service of process requirements under Fed R. Civ. P. 12(b)(4) and (5), respectively, dismissal is required for failure to state a cognizable claim.

Last, Lakeview and LoanCare are unaware of what Plaintiff is referencing with respect to withholding or delaying orders and responses. Lakeview and LoanCare did not issue any order and served its Motion to Dismiss as required by Fed. R. Civ. P. 5(b)(2)(c). Plaintiff did not make any request for an extension of time in which to file her response and filed her response prior to the expiration of her deadline to do so as set forth in this Court's October 2, 2025 Order Setting Response Deadline. [Doc. No. 15].

For these reasons and those set forth in Lakeview and LoanCare's Motion to Dismiss, Lakeview and LoanCare respectfully request this Court GRANT Lakeview and LoanCare's Motion to Dismiss.

Respectfully submitted,

*/s/ Matthew H. Sommer*
Matthew H. Sommer (51004)
Dinsmore & Shohl LLP
191 West Nationwide Boulevard
Suite 200
Columbus, Ohio 43215
Phone: (614) 227-4285
Fax: (614) 628-6890
Email: matthew.sommer@dinsmore.com

*Counsel for Lakeview Loan Servicing, LLC & LoanCare, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 23rd day of January 2026, a copy of the foregoing was served on all parties of record via the Court's electronic filing and notification system and via First-Class Mail on the following:

Patricia Hollis
6503 Nathan Drive
Charlotte, NC 28269

*Plaintiff*

/s/ *Matthew H. Sommer*
Matthew H. Sommer (51004)