FILED
CHARLOTTE, NC

JUN 30 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

Patricia Hollis
        Plaintiff,

V                                                    Case No: 3:23-CV-00153

Dave Worrall, LoanCare, LLC,
Lakeview Loan Servicing, LLC
        Defendant,

## SUPPORTING DOCUMENTS

I, Patricia Hollis, am adding supporting documents of the continued harassment from

Lakeview Loan Servicing, LLC and LoanCare, LLC in exhibit A.

_____
                        Patricia Hollis, Pro Se

## CERTIFICATE OF SERVICE

The undersigned herby certifies that she has served true copies in District Court on all parties to this proceeding by first-class mail, postage prepaid, in the depository through the United States Postal Service on 06/29/2026

Patricia Hollis

**Served To**

Matthew H. Sommer
Dinsmore & Shohl LLP
191 West Nationwide Boulevard
Suite 200
Columbus, Ohio 43215